IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.10-CR-40011-01-RDR |
| | ) | |
| BRIANNA JACOBSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONTINUING SENTENCING HEARING

**NOW ON** this 17th day of November, 2010 the above-entitled matter comes regularly on before the Court on the defendant, Brianna Jacobson's motion to continue the sentencing hearing.

**THEREUPON** the Court after being well and duly advised in the premises and after considering defendant's motion finds that said motion should be sustained.

**IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the defendant Brianna Jacobson's sentencing hearing is set before the Court on the 4th day of February, 2011 at 10:00 a.m.

**IT IS FURTHER BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the period of delay resulting from the requested continuance shall constitute excludable time as provided for in 18 U.S.C. §3161(h)(8) and the ends of justice served by the granting of such continuance outweighs the best interest of the public and the defendant in a speedy trial.

s/Richard D. Rogers
United States District Judge

PREPARED BY:


s/ Mark L. Bennett, Jr.
Mark L. Bennett, Jr., #5781
BENNETT & HENDRIX, L.L.P
5605 SW Barrington Court S., Suite 201
Topeka, KS  66614-2489
(785) 271-0800
mark@mlbjrlaw.com
*Attorney for Defendant Brianna Jacobson*